IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wallace, Alfie O | Case Number: 05 B 01109 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 1/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: July 1, 2008
Confirmed: February 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,197.17 | |
| Secured: | | 15,429.84 |
| Unsecured: | | 110.21 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 936.22 |
| Other Funds: | | 1,520.90 |
| Totals: | 20,197.17 | 20,197.17 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Remedies | Administrative | 2,200.00 | 2,200.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 25,423.32 | 15,429.84 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 4,390.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 110.21 | 110.21 |
| 6. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 7. | American Collection Corp | Unsecured | | No Claim Filed |
| 8. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 9. | Alliance One | Unsecured | | No Claim Filed |
| 10. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 11. | WF Finance | Unsecured | | No Claim Filed |
| 12. | White Hall | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,123.53 | $ 17,740.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 81.28 |
| 3% | 30.47 |
| 5.5% | 251.46 |
| 5% | 87.91 |
| 4.8% | 146.07 |
| 5.4% | 331.37 |
| 6.5% | 7.66 |
| | _____ |
| | $ 936.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wallace, Alfie O | Case Number:  05 B 01109 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  1/13/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                             Marilyn O. Marshall, Trustee, by:

